**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Angel M. MELENDEZ, Defendant–**
**Appellant.**

**No. 09–50273.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Wendy T. Wu, Assistant U.S., Central District of California, Los Angeles, CA, for Plaintiff–Appellee.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Angel M. Melendez, Safford, AZ, pro se.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Angel M. Melendez appeals from his guilty-plea conviction and 57–month sentence for false statement in a loan application, in violation of 18 U.S.C. § 1014, and aggravated identify theft, in violation of 18 U.S.C. § 1028A.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Melendez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Melendez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Melendez's conviction. We dis-

miss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

